**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6504**

JAMES ANTHONY BARNETT, JR.,

        Plaintiff - Appellant,

     v.

JEFFREY DEAN PATANE, Physician Assistant (PA), in individual capacity; KEISHA W. O'KEEFE, Licensed Practical Nurse (LPN), in individual capacity; TAMARA L. ALLEN, Registered Nurse (RN), in individual capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:19-cv-00048-MR)

Submitted:  November 14, 2022                          Decided:  February 7, 2023

Before NIEMEYER and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Anthony Barnett, Jr., Appellant Pro Se.  Gary Adam Moyers, BATTEN LEE, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Barnett, Jr., appeals the district court's order and judgment dismissing his complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Barnett v. Patane*, No. 1:19-cv-00048-MR (W.D.N.C. Jan. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*